IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHEILA D. CAUDLE, | Civ. No. 07-262-HO |
| Plaintiff, | JUDGMENT |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

The decision of the Commissioner is affirmed.

DATED this __18th__ day of July, 2008.

                                                      __s/ Michael R. Hogan__
                                                     United States District Judge